**Toshiko ODOW, (also known as Toshi Odow), Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 02–5067.

United States Court of Appeals,
Federal Circuit.

May 7, 2002.

ON MOTION

### ORDER

The United States moves to voluntarily dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.